UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLUSTRA TECHNOLOGIES, LLC,

                    Plaintiff,                                    No.  22-CV-9948 (RA)

          v.                                                             ORDER

CLARINS U.S.A., INC.,

                    Defendant.

RONNIE ABRAMS, United States District Judge:

          As directed during today's conference, by no later than February 17, 2023, the parties shall

file a joint letter indicating whether they request a referral for settlement discussions to Magistrate

Judge Moses or to the Southern District's Mediation Program.

SO ORDERED.

Dated:       February 10, 2023
             New York, New York

                                                        _____
                                                        Ronnie Abrams
                                                        United States District Judge