| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>BOSTON<br>HOUSTON<br>DALLAS<br>FORT WORTH<br>AUSTIN | <br>*FIRM and AFFILIATE OFFICES*<br><br>GILBERT A. GREENE<br>DIRECT DIAL: +1 512 277 2246<br><br>*E-MAIL:* BGreene@duanemorris.com<br><br>www.duanemorris.com | HANOI<br>HO CHI MINH CITY<br>SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br><br>ALLIANCES IN MEXICO |

February 13, 2023

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York

      Re:    <u>**Allustra Technologies LLC v. Clarins U.S.A., Inc., No. 22-CV-9948 (RA)**</u>

Judge Abrams:

Pursuant to Section 4.C.(i) of the Court's *Individual Rules & Practices in Civil Cases*, Plaintiff Allustra Technologies LLC notifies the Court and Defendant Clarins U.S.A., Inc. that Allustra intends to file an Amended Complaint on February 21, 2023 per Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure in response to *Defendant's Partial Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Plaintiff's Complaint* [Dkt. 26, 27]. The filing of said Amended Complaint will, by rule, render Defendant's Partial Motion to Dismiss moot, such that no further response to that motion is required.

Should Defendant file a new or renewed Motion to Dismiss in response to the forthcoming Amended Complaint, Allustra reserves its right to file an Opposition to such motion at the appropriate time.

| | Respectfully, |
|---|---|
| SO ORDERED. | *s/ Gilbert A. Greene* |
| *[signature]* | Gilbert A. Greene |
| Hon. Ronnie Abrams<br>2/14/2023 | Counsel for Plaintiff<br>Allustra Technologies LLC |

DUANE MORRIS LLP

LAS CIMAS IV      PHONE: +1 512 277 2300    FAX: +1 512 277 2301
900 S. CAPITAL OF TEXAS HIGHWAY, SUITE 300
AUSTIN, TX 78746-5435