## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Allustra Technologies LLC, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:22-cv-09948-LTS |
| v. | § § | **JURY TRIAL DEMANDED** |
| Clarins U.S.A., Inc. | § § | |
| Defendant. | § § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Allustra Technologies LLC ("Allustra") and Defendant Clarins U.S.A., Inc. ("Clarins") announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-titled cause and all claims against Clarins by Allustra herein are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

This is a final judgment.    The Clerk of Court is respectfully directed to terminate  all pending motions and close this case.

Signed this __12th__ day of ____September____, 2023.


/s/ *Laura Taylor Swain*
Laura Taylor Swain
United States District Judge